IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MICHELLE MYRTER

Criminal No. 15-218

ARRAIGNMENT PLEA

Defendant MICHELLE MYRTER

being arraigned, pleads <u>GUILTY TO COUNT 1</u>

in open Court this <u>26th</u> day of

<u>February                    , 2016</u>

_____
(Defendant's Signature)

_____
(Attorney for Defendant)